Daniel B. Kaiser
Arizona State Bar No.: 018043
The Kaiser Law Group
121 E. Birch, Suite 403
Flagstaff, Az 86004
Phone: 928-773-7771
Fax: 928-213-1805
kaiserlawgroup@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Donald Davis,<br><br>Defendant. | No. 3:18-CR-08315<br><br>MOTION TO CONTINUE<br>CHANGE OF PLEA<br>(January 30, 2019)<br><br>(First Request) |

COMES NOW, counsel for Defendant, Donald David, and petitions the Court for an Order continuing the Change of Plea Hearing scheduled for January 30, 2019 at 1:30 p.m.

Undersigned counsel has been in settlement negotiations with Patrick Schneider, Assistant United States Attorney. Undersigned counsel will need additional time to reach a plea agreement with Mr. Schneider. The parties are close to a resolution and will reach an agreement and therefore request the Change of Plea currently scheduled for January 30, 2019 be continued to a date and time convenient with the court.

Counsel for the Government, Patrick Schneider has been made aware of this request and has no objection.

1

Counsel avows to the Court that this request is made in the interest of justice and not to prejudice or delay these proceedings unnecessarily.

Defendant, through counsel, waives all applicable time limits pursuant to Rule 8, Arizona Rules of Criminal Procedure.

**RESPECTFULLY SUBMITTED** this 29th day of January, 2019.

/s/ Daniel B. Kaiser
Daniel B. Kaiser

COPY of the foregoing transmitted by ECF for filing and served on January 29, 2018, to:

United States Magistrate Court | 123 N. San Francisco Street | Flagstaff, Az  86001

Patrick Schneider | Assistant United States Attorney | 123 N. San Francisco Street | Flagstaff, Az  86001

/s/  Tammy S. Spears